UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES C. SANDERSON,

    Plaintiff,

v.                                                              CASE NO.: 8:09-cv-1755-T-23AEP

ZURICH AMERICAN INSURANCE
COMPANY, et al.,

    Defendants.
_____/

**ORDER**

By **APRIL 22, 2013**, the parties must confer in person and submit a status report outlining the motions, discovery, or other activity necessary for the parties to prepare for trial; stating the issues remaining for trial; and estimating the time required for trial.

ORDERED in Tampa, Florida, on April 3, 2013.

*Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE