# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 22, 2013

Sheryl L. Loesch
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number:  11-11050-EE  ; 11-11051 -EE
Case Style:  St. Luke's Cataract and Laser v. Zurich American Insurance Comp, et al
District Court Docket No:  8:09-cv-01755-SDM-AEP

On April 1, 2013, this Court began **MANDATORY electronic filing.** All counsel are required to
file documents electronically in appeals pending on April 1, 2013, and in appeals docketed in
this Court on or after that date, unless exempted for good cause.

The enclosed order has been ENTERED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE
Phone #: (404) 335-6224

MOT-2 Notice of Court Action

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

_____

No. 11-11050-EE

_____

ST. LUKE'S CATARACT AND LASER INSTITUTE, P.A.,

Intervenor Plaintiff - Appellant,

versus

ZURICH AMERICAN INSURANCE COMPANY,
a New York corporation,
MARYLAND CASUALTY COMPANY,
a Maryland corporation,
ASSURANCE COMPANY OF AMERICA,
a New York corporation,

Defendants - Appellees.

_____

No. 11-11051-EE

_____

JAMES C. SANDERSON,

Plaintiff - Appellant,

versus

ZURICH AMERICAN INSURANCE COMPANY,
a New York corporation,
MARYLAND CASUALTY COMPANY,
a Maryland corporation,
ASSURANCE COMPANY OF AMERICA,
a New York corporation,

Defendants - Appellees.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

On Appeal from the United States District Court for the
Middle District of Florida

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

BEFORE: HULL, MARCUS and HILL, Circuit Judges.

BY THE COURT:

Appellee's "Motion to Transfer Consideration of Appellant Attorney's Fees to District Court" is GRANTED.   See Eleventh Circuit Rule 39-2(d).