UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES C. SANDERSON,

    Plaintiff,

v.                                        CASE NO.: 8:09-cv-1755-T-23AEP

ZURICH AMERICAN INSURANCE
COMPANY, et al.,

    Defendants.
_____/

**ORDER**

After remand, the parties submitted (Doc. 79) a status report outlining the motions, discovery, or other activity necessary for the parties to prepare for trial; stating the issues remaining for trial; and estimating the time for trial. The parties dispute many of the items identified in the status report and request a status conference. Since submitting the status report, the defendants move (Doc. 81) for summary judgment, the plaintiffs move (Doc. 84) to strike the motion for summary judgment or to extend the time to respond, and the defendants move (Doc. 85) to lift the stay on discovery, which stay issued (Doc. 46) on October 29, 2010, before the appeal.

Magistrate Judge Porcelli issued (Doc. 36) an October 7, 2010, order that grants in part and denies in part the plaintiffs' motion (Doc. 31) to compel. On October 13, 2010, the plaintiffs moved (Doc. 37) to "enforce [the] order on [the] motion to compel, for contempt, for sanctions[,] and to extend [the] dispositive

motion deadline." On October 20, 2010, the defendants objected (Doc. 40) to the discovery order. Still pending after appeal, the objection (Doc. 40) fails to identify clear error (especially in light of the circuit's mandate) and is **OVERRULED**. Mooted in large part, the motion to enforce (Doc. 37) is **DENIED WITHOUT PREJUDICE** and subject to the plaintiffs' renewing any unresolved issue.

The plaintiffs' motion (Doc. 84) to strike the defendant's summary judgment motion is **GRANTED**; the summary judgment motion (Doc. 81) is **STRICKEN**, subject to renewal after the revised case management and scheduling order. The plaintiffs' motion (Doc. 85) to lift the stay on discovery is **REFERRED** to Judge Porcelli. A hearing on the motion and a case management conference will occur before Judge Porcelli on **SEPTEMBER 17, 2013**, at 10:00 a.m., in Courtroom 10A.

ORDERED in Tampa, Florida, on August 26, 2013.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE