UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES C. SANDERSON,

    Plaintiff,

v.                                                        Case No. 8:09-cv-1755-T-23AEP

ZURICH AMERICAN INSURANCE
COMPANY, *et al.*,

    Defendants.
_____/

**<u>ORDER</u>**

This cause came before the Court for a hearing upon Defendants' Motion to Disqualify Attorney Michael Rywant from Representation of Plaintiff (Dkt. No. 105) and Plaintiff's response in opposition thereto (Dkt. No. 109). By the motion, Defendants seek to disqualify Michael Rywant, who currently acts as co-counsel for Plaintiff, due to his potential use as a witness during trial in this matter. In response, Plaintiff contends that Mr. Rywant may act as counsel for all pretrial matters and would only need to cease representation of Plaintiff for purposes of trial if he becomes a necessary witness at trial.

Rule 4-3.7 of the Florida Rules of Professional Conduct provides that "[a] lawyer shall not act as an advocate at a trial in which the lawyer is likely to be a necessary witness on behalf of the client" unless certain criteria apply, none of which are at issue in this case. As Plaintiff correctly notes, Florida courts interpret the rule as allowing counsel who may be called as a witness in the case to act as an advocate for the client during any pre-trial and post-trial proceedings but not to act as trial counsel. *See Cerillo v. Highley*, 797 So.2d 1288, 1289 (Fla. 4th

DCA 2001) (*per curiam*); *Columbo v. Puig*, 745 So.2d 1106, 1107 (Fla. 3d DCA 1999) (*per curiam*).  Indeed, during the hearing, Plaintiff agreed that, if it becomes necessary to call Mr. Rywant as a witness at trial, Mr. Rywant will not act as trial counsel in this matter.  Furthermore, the parties agreed that remedial measures, such as redaction of Mr. Rywant's name from depositions, could cure any issues relating to the use of depositions at trial that Mr. Rywant conducts during discovery.  Accordingly, it is hereby

ORDERED:

1. Defendants' Motion to Disqualify Attorney Michael Rywant from Representation of Plaintiff (Dkt. No. 105) is DENIED.

DONE AND ORDERED in Tampa, Florida, this 21st day of January, 2014.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record